# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRAIG CALDWELL,<br><br>    Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA HOLDINGS INC., MAHESH ADITYA, HOMAIRA AKBARI, JUAN CARLOS ALVAREZ DE SOTO, LEONARD COLEMAN, JR., STEPHEN A. FERRISS, VICTOR HILL, EDITH E. HOLIDAY, JAVIER MALDONADO, ROBERT MCCARTHY, WILLIAM MUIR, AND WILLIAM RAINER,<br><br>    Defendants. | Civil Action No. 1:21-cv-07842-KPF |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Craig Caldwell hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 1, 2022

    Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

2

*Attorneys for Plaintiff*